October 24, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

DAVID L. GLASSEL, DEAN D. GLASSEL, AMERICAN CEDAR TECHNOLOGY, TEXAS PURE, INDUSTRIES, INC., JAYNE R. NIEMAN, JOHN GLASSEL, CHARLIE TUFT, AND ENRIQUE TORRES, Appellants

NO. 14-17-00502-CV               V.

ANDREW MILNER, WINDSOR AUCTION CAOMPANY, CHRIS DIXON, GREAT CENTERAL MORTGAGE ACCEPTANCE COMPANY, LTD., Appellees

_____

Today the Court heard the parties' joint motion to reverse and render judgment in accordance with the terms of the settlement agreement between the parties. Having considered the motion and found it meritorious, we therefore order the judgment of the court below signed May 15, 2017, **REVERSED** and **RENDER** judgment in accordance with the terms of the settlement agreement between the parties.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.